AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RENEWALMD, PC,

Plaintiff,

v.

JOEL SHANKLIN, MD,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:21-cv-184

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated February 5, 2024, Plaintiff, RenewalMD, PC's Motion for default Judgment is granted. Judgment is granted in favor of Plaintiff, RenewalMD, PC and against Defendant, Joel Shanklin, M.D. in the amount of $122,734.02. The case stands closed.

Approved by: _[signature]_

February 7, 2024
Date

John E. Triplett, Acting Clerk
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020